IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.**, <br><br>Plaintiff, <br><br>v. <br><br>**GERONIMO MINJARES GASTELLUM, individually and d/b/a EL CONCHAL,** <br><br>Defendant. | 1:15-cv-00504 MCE MJS <br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION, GRANTING APPLICATION FOR DEFAULT JUDGMENT** <br><br>[Docs. 12, 14] |

    On August 19, 2015, the Magistrate Judge issued Findings and Recommendations (ECF No. 14) that (1) Plaintiff's application for default judgment be granted; (2) judgment be entered in this action against Defendant; and (3) damages in the total amount of $8,000 be awarded. These Findings and Recommendations were served on all parties appearing in this action and included notice that any objections to the Findings and Recommendations were to be filed within fifteen (15) court days of the date of service of the order. More than fifteen (15) court days have passed and no party has filed objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and

proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 14) issued August 19, 2015, are ADOPTED IN FULL;
2. Plaintiff's application for default judgment is GRANTED;
3. Judgment shall be ENTERED in this action against in favor of Plaintiff and against Defendant;
4. Damages in the total amount of $8,000 shall be AWARDED as follows:
   a. $4,000 statutory damages for violation of 47 U.S.C. § 605;
   b. $1,800 enhanced statutory damages for violation of 47 U.S.C. § 605; and
   c. $2,200 damages for the tort of conversion; and
5. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: November 10, 2015

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT